**Gary D. HALVERSON, Appellant,**

v.

**William A. HALTER, Acting Commissioner of Social Security Administration, Appellee.**

**No. 00–2512.**

United States Court of Appeals, Eighth Circuit.

Submitted March 15, 2001.

Filed March 21, 2001.

Before RICHARD S. ARNOLD, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Gary D. Halverson filed an application for disability insurance benefits under the Social Security Act, asserting lower back pain disabled him. Following a hearing, an administrative law judge (ALJ) found Halverson is not disabled. The Appeals Council considered additional evidence and denied Halverson's request for review, making the ALJ's ruling the Commissioner's final decision. Halverson then filed this action in the district court, which affirmed the Commissioner's decision. Halverson appeals. Contrary to Halverson's assertions, the ALJ properly formulated Halverson's residual functional capacity, the ALJ gave the appropriate weight to the treating physicians' opinions, the ALJ properly found Halverson's impairments did not meet the Commissioner's listing for disorders of the spine for twelve consecutive months, the ALJ properly developed the record and evaluated Halverson's credibility, and the ALJ properly relied on vocational expert testimony to find Halverson is not disabled. Because substantial evidence supports the Commissioner's decision, we affirm the district court. *See* 8th Cir. R. 47B.